UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
......................................................X
UNITED STATES OF AMERICA,       :     CASE NO.: 20-Mag.- 1615
             PLAINTIFF,                  :
                                          :
     V.                             :     NOTICE OF APPEARANCE
                                          :
MARCO SEGOVIA-LANDA,             :
             DEFENDANT.                  :
......................................................X

To the Clerk of this Court and all parties of record:

   Enter my appearance as counsel in this case for the defendant, MARCO SEGOVIA-LANDA.

   I certify that I am admitted to practice in this court.

April 21, 2020

                                                  Signature /s/
                                                  David M. Chidekel          9111
                                                  **Name**                   **Bar No.**

                                                  575 Madison Avenue, 10th Floor
                                                  New York, NY 10022-2511

                                                  **Address**

                                                  (212) 605-0161       (212) 605-0166

                                                  **Phone No.**              **Fax No.**

                                                  dcjoyesq@aol.com

                                                  **Email address**

**DAVID M. CHIDEKEL, Esq.**
575 Madison Avenue
10th Floor
New York, N.Y. 10022-2511

Arraignment
Unit

U.S. District Court
Southern District of New York
Magistrate Clerk Office
500 Pearl Street
New York City, N.Y. 10007-1316